IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02741-BNB

JAIME RODRIGUEZ,

    Plaintiff,

v.

WICHAWOLES,

    Defendant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 26, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 26 day of November, 2012.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/ S. Grimm
           Deputy Clerk